UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 86CR0731-L |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER AND JUDGMENT OF DISMISSAL AND RECALL ARREST WARRANT |
| MARINO ALONSO URIOSTEGUI, | ) ) | |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: January 31, 2013

_____
M. James Lorenz
United States District Court Judge